United States District Court
Central District of California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity; MSPA CLAIMS 1, LLC, a Florida entity,<br><br>Plaintiffs,<br>vs.<br><br>FARMERS INSURANCE EXCHANGE; FARMERS INSURANCE OF COLUMBUS, INC.; FARMERS NEW CENTURY INSURANCE COMPANY; ILLINOIS FARMERS INSURANCE COMPANY; 21ST CENTURY INSURANCE COMPANY; 21ST CENTURY CENTENNIAL INSURANCE COMPANY; MID-CENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; 21ST CENTURY PREMIER INSURANCE COMPANY; 21ST CENTURY NORTH AMERICA INSURANCE COMPANY; 21ST CENTURY INDEMNITY INSURANCE COMPANY; 21ST CENTURY PREFERRED INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; AND FOREMOST SIGNATURE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:17-cv-02522-CAS-PLA<br><br>Judge: Hon. Paul L. Abrams<br>Courtroom: 780<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER FOR PRODUCTION OF PROTECTED HEALTH INFORMATION**<br><br>Complaint Filed: March 31, 2017 |

Pursuant to Stipulation and for good cause shown, it is so Ordered that the Stipulated Protective Order for Production of Protected Health Information is granted.

DATED: February 21, 2020

_____
United States Magistrate Judge
Hon. Paul L. Abrams