Charles E. Whorton, Esq., FBN 46894
Admitted Pro Hac Vice
cwhorton@msprecoverylawfirm.com
MSP Recovery Law Firm
2701 S Le Jeune Rd Fl 10
Coral Gables, FL 33134
Tel: (305) 614-2222

Andres Rivero, Esq., FBN 613819
Alan H. Rolnick, Esq., FBN 715085
Anthony S. Hearn, Esq., FBN102302
Pro Hac Vice Pending
arivero@riveromestre.com
arolnick@riveromestre.com
ahearn@riveromestre.com
Rivero Mestre LLP
2525 Ponce de Leon Blvd. Suite 1000
Miami, FL 33134
Tel: (305) 445-2500 / Fax: (305) 445-2505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity; MSPA CLAIMS 1, LLC, a Florida Entity,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE; ILLINOIS FARMERS INSURANCE COMPANY; FARMERS INSURANCE OF COLUMBUS, INC.; 21ST CENTURY CENTENNIAL INSURANCE CO.; MIDCENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY COMPANY; 21ST CENTURY NORTH AMERICA INSURANCE COMPANY; 21ST CENTURY INDEMNITY INSURANCE COMPANY; 21ST CENTURY PREFERRED INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; FARMERS NEW CENTURY INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:17-cv-02522-CAS<br>2:17-cv-02559-CAS<br><br>Hon. Judge Christina A. Snyder<br><br>**PLAINTIFFS' COMBINED SECOND AMENDED DISCLOSURES** |

1

**PLAINTIFFS' COMBINED AMENDED DISCLOSURES**

# PLAINTIFFS' COMBINED SECOND AMENDED DISCLOSURES
## (FOR BOTH THE NO-FAULT AND SETTLEMENT CASES)

Plaintiffs, MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity, and MSPA CLAIMS 1, LLC, a Florida Entity, by and through undersigned counsel, hereby serve, pursuant to Rule 26(a)(1) and 26(e) of the Federal Rules of Civil Procedure, their Second Amended Disclosures based on the information currently available and within its possession. Plaintiffs will and reserve the right to modify, amend, or supplement these disclosures based upon information that becomes available in discovery and throughout the course of this litigation. In furtherance thereof, Plaintiffs state as follows:

**I.    The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

1.  Jorge Lopez
    Corporate representative of Plaintiffs
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000
    Miami, FL 33134

Jorge Lopez has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including factual information concerning the assignment of claims to Plaintiffs and the medical claims of the injured individual(s) alleged in the above-referenced lawsuit.

2.  Christopher Miranda
    Chief Information Officer of MSP Recovery, LLC
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000

2

**PLAINTIFFS' COMBINED AMENDED DISCLOSURES**

    (305) 445-2500
    Miami, FL 33134

Christopher Miranda has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including factual information concerning the claims data alleged in the above-referenced lawsuit.

3.    Dean Sutton
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000
    (305) 445-2500
    Miami, FL 33134

Dean Sutton has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

4.    Robert Camerlinck
    President of Risk Watchers, Inc., Medical IPA of the Palm Beaches, Inc., and
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000
    (305) 445-2500
    Miami, FL 33134

Robert Camerlinck has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

5.    Arnold Stueber
    Vice President of Payment Integrity for Network Health, Inc.
    c/o Andres Rivero

      RIVERO MESTRE
      2525 Ponce De Leon Blvd.
      #1000
      (305) 445-2500
      Miami, FL 33134

Arnold Stueber has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

6.    Melissa Rusk
      Vice President of Operations for SummaCare, Inc.
      c/o Andres Rivero
      RIVERO MESTRE
      2525 Ponce De Leon Blvd.
      #1000
      (305) 445-2500
      Miami, FL 33134

Melissa Rusk has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

7.    Nicole Davanzo
      Director of Payment Integrity and Claims Operations for Health
      c/o Andres Rivero
      RIVERO MESTRE
      2525 Ponce De Leon Blvd.
      #1000
      (305) 445-2500
      Miami, FL 33134

Nicole Davanzo has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

8. Rene F. Gomez
   President for Suncoast Medical Network 2, Inc.
   c/o Andres Rivero
   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Rene F. Gomez has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

9. Carlos Manalansan
   Vice President and Deputy General Counsel of EmblemHealth, Inc. and its subsidiaries, Group Health, Inc.; Health Plan Ins. Plan of Greater New York; and Connecticare, Inc.

   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Carlos Manalansan has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

10. David Salazar
    Vice President for Health Care Advisors Services, Inc.
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.

```
        #1000
        (305) 445-2500
        Miami, FL 33134
```

David Salazar has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

11. Kim Griffith
    Vice President of Operations/IT for Health Alliance Medical
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000
    (305) 445-2500
    Miami, FL 33134

Kim Griffith has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

12. Steve Ziegler
    Senior Vice President for AvMed, Inc.
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000
    (305) 445-2500
    Miami, FL 33134

Steve Ziegler has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

13. Maya Mohan
    Managing Member for Trinity Physicians, LLC
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000
    (305) 445-2500
    Miami, FL 33134

Maya Mohan has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

14. Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.

    TBD
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000
    (305) 445-2500
    Miami, FL 33134

BCBS of Massachusetts HMO Blue, Inc. has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

15. ConnectiCare, Inc.

    TBD
    c/o Andres Rivero
    RIVERO MESTRE
    2525 Ponce De Leon Blvd.
    #1000
    (305) 445-2500
    Miami, FL 33134

**PLAINTIFFS' COMBINED AMENDED DISCLOSURES**

Connecticare, Inc. has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

16. Conviva Medical Center Management, LLC

   TBD
   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Conviva Medical Center Management, LLC has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

17. Family Physicians of Winter Park, Inc. d/b/a Family Physicians Group

   TBD
   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Family Physicians of Winter Park, Inc. d/b/a Family Physicians Group has knowledge concerning the allegations alleged in the Fourth Amended Complaint,

including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

18. Florida Healthcare Plus, Inc.

   TBD
   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Florida Healthcare Plus, Inc. Health Holdings, Inc. has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

19. Hygea Health Holdings, Inc.

   TBD
   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Hygea Health Holdings, Inc. has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

20. Medical Consultants Management, LLC

   TBD

> c/o Andres Rivero
> RIVERO MESTRE
> 2525 Ponce De Leon Blvd.
> #1000
> (305) 445-2500
> Miami, FL 33134

Medical Consultants Management, LLC has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

21. Medical IPA of the Palm Beaches, Inc.

> TBD
> c/o Andres Rivero
> RIVERO MESTRE
> 2525 Ponce De Leon Blvd.
> #1000
> (305) 445-2500
> Miami, FL 33134

Medical IPA of the Palm Beaches has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

22. Preferred Primary Care, LLC

> TBD
> c/o Andres Rivero
> RIVERO MESTRE
> 2525 Ponce De Leon Blvd.
> #1000
> (305) 445-2500

Miami, FL 33134

Preferred Primary Care, LLC has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

23.  Transatlantic Healthcare, LLC

   TBD
   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Transatlantic Healthcare, LLC has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

24.  Verimed IPA, LLC

   TBD
   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Verimed IPA, LLC has knowledge concerning the allegations alleged in the Fourth Amended Complaint, including the assignments of claims to Plaintiffs and claims information alleged in the above-referenced lawsuit.

25. Employees of the above-named Defendants, collectively referred to as "Farmers", including, but not limited to:

   a. claims adjusters who made decisions to settle between Farmers' insureds and a third party who was also Medicare beneficiaries; and

   b. the corporate most knowledgeable of Farmers' Medicare practices.

**II. The name, and if known, the address and telephone number of each individual likely to serve as an expert.**

1. Dr. Adam E. Block, Ph.D
   Assistant Professor of Health Policy & Management at New York Medical College School of Health Sciences & Practice.

   c/o Andres Rivero
   RIVERO MESTRE
   2525 Ponce De Leon Blvd.
   #1000
   (305) 445-2500
   Miami, FL 33134

Dr. Adam E. Block is a health economist with expertise regarding the utilization of claims data in performing claims analysis, along with determining standard practices in claims audits and denials. Dr. Block is expected to opine on standard CMS practices for billing, coding, and collections, among potential other topics.

**III. A copy of, or a description by category and location of, all documents, data, compilations, and tangible things that the disclosing party has in its possession,**

**custody or control and my use to support its claims or defenses, unless solely for impeachment.**

    a.    Documents relating to the assignments of claims and causes of action.

    b.    Medical records and bills for relevant claims.

    c.    State and/or federal government documents relating to the Medicare Secondary Payer Act and/or its regulations.

**IV.**    **A computation of each category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

As both cases are class actions, an exact computation of damages is premature. The computations of damages will require access to Farmers' records and records belonging to third parties in discovery, but not in the possession of Plaintiffs. Overall, Plaintiffs seek damages related to the amounts due to Plaintiffs and the proposed Classes by virtue of conditional payments made by members of the Classes on behalf of Medicare beneficiaries who elected Medicare Advantage coverage via plans administered by Class members—and which should have been paid by or reimbursed by Farmers. Plaintiffs also seek a reasonable allowance for attorneys' fees together with the costs of this litigation.

Furthermore, attached as **Exhibit A** is a preliminary list of MSP Act violations that the data matching process identified. Under separate cover, Plaintiffs will provide a link to the data supporting these violations. However, Plaintiffs reserve the right to amend this list after obtaining information that is not currently in their possession. Specifically, while Defendants provided Plaintiffs with payment information for some, but not all, of the matched beneficiaries, Defendants did not provide specific payment dates or what entity received the payment. Defendants also provided dates of loss for all matched beneficiaries, but those dates of loss have irregular patterns that raise concerns as to the dates' accuracy

(for example, September 9, 2016 is the date of loss for approximately 90 of the matches). Plaintiffs also do not believe that the matching was optimized, or that Defendants produced all relevant records. Accordingly, Plaintiffs provide this preliminary list of MSP Act violations, and if amendment of this disclosure is warranted after Plaintiffs receive additional information or clarity on the above items, Plaintiffs will do so.

**V.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

N/A

Dated:  April 15, 2022

/s/ *Andres Rivero*
Andres Rivero, Esq.
*Admitted pro hac vice*


**RIVERO MESTRE LLP**
Andres Rivero, Esq., FBN 613819
Anthony S. Hearn, Esq., FBN102302
admitted *pro hac vice*
arivero@riveromestre.com
arolnick@riveromestre.com
ahearn@riveromestre.com
Rivero Mestre LLP
2525 Ponce de Leon Blvd. Suite 1000
Miami, FL 33134
Tel: (305) 445-2500 / Fax: (305) 445-2505

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 15, 2022, I served the foregoing document to all counsel of record by email.

        /s/ Andres Rivero
Andres Rivero, Esq.
*Admitted Pro Hac Vice*