| | |
|---|---|
| Charles E. Whorton, Esq., FBN 46894<br>*Admitted Pro Hac Vice*<br>cwhorton@msprecoverylawfirm.com<br>**MSP Recovery Law Firm**<br>2701 S Le Jeune Rd Fl 10<br>Coral Gables, FL 33134<br>Tel: (305) 614-2222 | Andres Rivero, Esq., FBN 613819<br>Alan H. Rolnick, Esq., FBN 715085<br>Anthony S. Hearn, Esq., FBN102302<br>*Pro Hac Vice Pending*<br>arivero@riveromestre.com<br>arolnick@riveromestre.com<br>ahearn@riveromestre.com<br>**Rivero Mestre LLP**<br>2525 Ponce de Leon Blvd. Suite 1000<br>Miami, FL 33134<br>Tel: (305) 445-2500 / Fax: (305) 445-2505 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity; MSPA CLAIMS 1, LLC, a Florida Entity,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FARMERS INSURANCE EXCHANGE; ILLINOIS FARMERS INSURANCE COMPANY; FARMERS INSURANCE OF COLUMBUS, INC.; 21ST CENTURY CENTENNIAL INSURANCE CO.; MIDCENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY COMPANY; 21ST CENTURY NORTH AMERICA INSURANCE COMPANY; 21ST CENTURY INDEMNITY INSURANCE COMPANY; 21ST CENTURY PREFERRED INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; FARMERS NEW CENTURY INSURANCE COMPANY,<br><br>　　　　　　　　Defendants. | CASE NO.  2:17-cv-02522-CAS<br>　　　　　　　2:17-cv-02559-CAS<br><br>Hon. Judge Christina A. Snyder<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF FILING DEMONSTRATIVE USED IN MAY 9, 2022 HEARING** |

Plaintiffs attach as **Exhibit A** the presentation that their counsel made in court at the May 9, 2022 hearing. Page 26 of the presentation shows an explanation of benefits ("EOB") page from Summacare, Inc., one of plaintiffs' assignors. The EOB is Summacare's original business record that corresponds to the data attached to the declaration of Melissa Rusk. *See* D.E. 323-15, at 430.

Dated:  May 9, 2022

/s/ Andrés Rivero
Andrés Rivero, Esq., FBN 613819
Alan H. Rolnick, Esq., FBN 715085
Anthony S. Hearn, Esq., FBN102302
*Pro Hac Vice*
arivero@riveromestre.com
arolnick@riveromestre.com
ahearn@riveromestre.com
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, FL 33134
Tel: (305) 445-2500 / Fax: (305) 445-2505

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Andrés Rivero, hereby certify that, on May 9, 2022, I electronically filed the foregoing document with the Clerk for the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Andrés Rivero
Andrés Rivero