JS-6

**AKERMAN LLP**
Marcy Levine Aldrich (FBN 968447)
Email: marcy.aldrich@akerman.com
Valerie Greenberg (FBN 26514)
Email: valerie.greenberg@akerman.com
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600

Michael R. Weiss (SBN 180946)
Email: michael.weiss@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity; MSPA CLAIMS 1, LLC, a Florida entity, <br><br> Plaintiffs, <br><br> vs. <br><br> FARMERS INSURANCE EXCHANGE; ILLINOIS FARMERS INSURANCE COMPANY; FARMERS INSURANCE OF COLUMBUS, INC.; 21ST CENTURY CENTENNIAL INSURANCE CO.; MID-CENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY COMPANY; 21ST CENTURY NORTH AMERICA INSURANCE COMPANY; 21ST CENTURY INDEMNITY INSURANCE COMPANY; 21ST CENTURY PREFERRED INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; FARMERS NEW CENTURY INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:17-cv-02522-CAS-PLAx <br><br> Judge: Hon. Christina A. Snyder <br> Courtroom: 8D <br><br> **JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT** <br><br> [Filed concurrently with Notice of Motion, Memorandum, Statement of Uncontroverted Facts and Conclusions of Law, Declarations, Appendix of Unpublished Orders, and Application to File Documents under Seal] <br><br> Hearing Date: February 28, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 8D <br><br> Place: First Street Courthouse <br> 350 W. First Street, 8th Floor <br> Los Angeles, CA 90012 |

60717819;1

2:17-cv-02522-CAS-PLA

**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT**

# JUDGMENT

After consideration of the papers in support of and in opposition to Defendants' motion for summary judgment and/or partial summary judgment, and the oral argument of counsel, this Court orders as follows:

1. Judgment entered in favor of Defendant **Farmers Insurance Exchange** and against Plaintiffs MSP Recovery Claims, Series LLC and MSPA Claims 1, LLC (collectively, "Plaintiffs"), jointly and severally, such that Plaintiffs take nothing against Defendant Farmers Insurance Exchange on their Fourth Amended Class Action Complaint;

2. Judgment entered in favor of Defendant **Illinois Farmers Insurance Company** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant Illinois Farmers Insurance Company on their Fourth Amended Class Action Complaint;

3. Judgment entered in favor of Defendant **Farmers Insurance of Columbus, Inc**. and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant Farmers Insurance of Columbus, Inc. on their Fourth Amended Class Action Complaint;

4. Judgment entered in favor of Defendant **21st Century Centennial Insurance Company** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant 21st Century Centennial Insurance Company on their Fourth Amended Class Action Complaint;

5. Judgment entered in favor of Defendant **Mid-Century Insurance Company** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant Mid-Century Insurance Company on their Fourth Amended Class Action Complaint;

6. Judgment entered in favor of Defendant **Foremost Property and Casualty Insurance Company** and against Plaintiffs, jointly and severally, such that

1. Plaintiffs take nothing against Defendant Foremost Property and Casualty Insurance Company on their Fourth Amended Class Action Complaint;

7. Judgment entered in favor of Defendant **21st Century North America Insurance Company** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant 21st Century North America Insurance Company on their Fourth Amended Class Action Complaint;

8. Judgment entered in favor of Defendant **21st Century Indemnity Insurance Company** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant 21st Century Indemnity Insurance Company on their Fourth Amended Class Action Complaint;

9. Judgment entered in favor of Defendant **21st Century Preferred Insurance Company** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant 21st Century Preferred Insurance Company on their Fourth Amended Class Action Complaint;

10. Judgment entered in favor of Defendant **Fire Insurance Exchange** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant Fire Insurance Exchange on their Fourth Amended Class Action Complaint;

11. Judgment entered in favor of Defendant **Foremost Insurance Company Grand Rapids, Michigan** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant Foremost Insurance Company Grand Rapids, Michigan on their Fourth Amended Class Action Complaint; and

12. Judgment entered in favor of Defendant **Farmers New Century Insurance Company** and against Plaintiffs, jointly and severally, such that Plaintiffs take nothing against Defendant Farmers New Century Insurance Company on their Fourth Amended Class Action Complaint.

13. Each side will bear its own fees and costs.

DATED: May 26, 2022

_Christine A. Snyder_
United States District Court Judge
Hon. Christina A. Snyder